NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIPLAY, INC.,**
*Plaintiff-Appellant*

**TRIPLAY, LTD.,**
*Plaintiff*

v.

**WHATSAPP, INC.,**
*Defendant-Appellee*

---

2018-2265

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01703-LPS, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

DOUGLAS R. WEIDER, Greenberg Traurig, LLP, Florham Park, NJ, argued for plaintiff-appellant. Also represented by MICHAEL ANTHONY NICODEMA.

GABRIEL BELL, Latham & Watkins LLP, Washington, DC, argued for defendant-appellee. Also represented by

Douglas Ethan Lumish, Richard Gregory Frenkel, Menlo Park, CA.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Newman, Taranto, and Stoll, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court


 June 21, 2019 
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court